IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CR-200 58 |
| | ) | |
| HENRY L. JOHNSON, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(e). |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1
(Possession of a Firearm by a Felon)

THE GRAND JURY CHARGES:

On or about September 12 and 13, 2015, in Vermilion County, in the Central District of Illinois,

HENRY L. JOHNSON,

defendant herein, having been previously convicted in a court in the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Ruger, P90DC, .45 caliber, semi-automatic pistol, serial number 660-14930.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

FORFEITURE ALLEGATIONS

THE GRAND JURY CHARGES:

1. The Grand Jury re-alleges and incorporates by reference the allegations of Counts One of this Indictment as though fully set forth herein, for the purpose of

alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. On or about September 12 and 13, 2015, in the Central District of Illinois, and elsewhere,

**HENRY L. JOHNSON,**

defendant herein, did engage in knowing violations of Title 18, United States Code, Section 922(g), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a Ruger, P90DC, .45 caliber, semi-automatic pistol, serial number 660-14930, and eight rounds of ammunition contained therein.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.

s/FOREPERSON

FOREPERSON

s/JOHN CHILDRESS

JAMES A. LEWIS
United States Attorney

ELM