E-FILED
Thursday, 28 April, 2016 03:14:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | Case No. 15-20058 |
| ) | |
| **HENRY L. JOHNSON** ) | |
| ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, FED. R. CRIM. P. and CDIL-LR 72.1(A)(24). The Defendant entered a plea of guilty to the Indictment.

The plea was made pursuant to a written plea agreement made pursuant to FED. R. CRIM. P. 11(c)(1)(C). The undersigned makes no recommendation regarding the acceptance of the plea agreement.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary as to the Indictment, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense. I therefore recommend that the plea of be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

ENTER this 28th day of April, 2016

                                                                 s/ Eric I. Long
                                                          U.S. MAGISTRATE JUDGE