E-FILED
Wednesday, 18 May, 2016  04:49:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 15-CR-20058 |
| ) | |
| **HENRY L. JOHNSON,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On April 28, 2016, a Report and Recommendation (#18) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, the defendant's plea of guilty is accepted by the Court and the defendant is adjudged guilty. The Court orders that a pre-sentence investigation report is to be prepared. A sentencing hearing remains set for September 12, 2016 at 1:30 p.m.

ENTERED this 18th day of May, 2016.


s/COLIN S. BRUCE
U.S. DISTRICT JUDGE